Submitted on record and briefs November 16, reversed and remanded for new trial
December 6, 1989

STATE OF OREGON,
*Respondent,*

*v.*

FELIPE SOLIS VALENCIA,
*Appellant.*

(88C 21678; CA A51197)

783 P2d 51

Jay R. Jackson, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, Salem, filed the brief for respondent.

Before Joseph, Chief Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction on stipulated facts for assault in the second degree. He was tried to the court without a jury. There is nothing in the record to show that a written waiver of the right to jury trial was executed by appellant. Or Const, Art I, § 11; *State v. Milstead,* 57 Or App 658, 646 P2d 63, *rev den* 293 Or 483 (1982). The state concedes that the court improperly allowed a trial without a jury.

Reversed and remanded for a new trial.